Opinion issued June 1, 2010

 











In The

Court of Appeals

For The

First District of Texas






NO. 01-10-00418-CV






IN RE MICHAEL TILOTTA, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relator, Michael Tilotta, challenges the trial
court's order sustaining a contest to his affidavit of indigence. 

We deny the petition for writ of mandamus. See Tex. R. App. P. 52.3(k)(1)(A)
("The appendix must contain . . . a certified or sworn copy of any order complained
of , or any other document showing the matter complained of."). All outstanding
motions are overruled as moot. 


Per Curiam 


Panel consists of Justices Keyes, Hanks, and Higley.


1. The underlying case is Michael Tilotta v. Dewana Smith-Tilotta, No. 2009-37647 in
the 257th Judicial District Court of Harris County, Texas, the Hon. Judy Warne,
presiding.